**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:   ltfisher@bursor.com
          ykrivoshey@bursor.com

*Attorneys for Plaintiffs*

Charles R. Messer (SBN: 101094)
MesserC@cmtlaw.com
David J. Kaminski (SBN: 128509)
KaminskiD@cmtlaw.com
Tamar Gabriel (SBN: 266860)
gabrielt@cmtlaw.com
**CARLSON & MESSER LLP**
5959 West Century Blvd., Suite 1214
Los Angeles, California 90045
t: (310) 242-2200
f: (310) 242-2222

*Attorneys for Defendant*
COLLECTO, INC. D/B/A EOS CCA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALISHA JOHNSON and JOHNETTA MINGO on Behalf of Themselves and all Others Similarly Situated,<br><br>                Plaintiffs,<br>   v.<br><br>COLLECTO, INC. D/B/A EOS CCA,<br><br>                Defendant. | Case No.  5:16-cv-04063-LHK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Lucy H. Koh |

STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO.: 5:16-CV-04063-LHK

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**IT IS HEREBY STIPULATED** among Plaintiffs Kalisha Johnson and Johnetta Mingo ("Plaintiffs") and Defendant Collecto, Inc. D/B/A EOS CCA ("Defendant"), the parties to the above-entitled action (collectively, the "Parties") that all of Plaintiffs' claims pending in the above captioned action are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear their own costs, expenses, and attorney's fees related to this action. This dismissal will in no way prejudice any Party's claims currently pending in MDL No. 2513 before Honorable Richard G Stearns in the District of Massachusetts.

Dated: June 1, 2017                                   Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   */s/ Yeremey Krivoshey*
         Yeremey Krivoshey

*Attorneys for Plaintiffs*

Dated: June 1, 2017                        By:   */s/ Tamar Gabriel*
                                                              Tamar Gabriel

*Attorneys for Defendant*

### ECF Signature Certification

Pursuant to Civil L.R. 5-1(i)(3), I hereby certify that the content of this document is acceptable to Tamar Gabriel, counsel for Defendant, and that I have obtained her authorization to affix her electronic signature to this document.

  */s/ Yeremey Krivoshey*
   Yeremey Krivoshey